Rose Seckler, Plaintiff, v. Charles H. Greenfield, Impleaded with Anna Tosbell, Respondent, and Charles McMahon Smith, Appellant.— Stay granted as to one-half of the amount. Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.

William C. Tiedeman, Appellant, v. Lillian M. Tiedeman, Respondent. — Stay granted on condition that plaintiff file a bond, with sureties, within five days, securing the payment of the counsel fee provided for by the order, in case of the affirmance of said order, and perfect his appeal, place the case on the calendar for Monday June 5, 1916, and be ready for argument when reached; otherwise, motion denied. Present —Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Fidalma Del Genovese, as Administratrix, etc., of Virgilio Del Genovese, Deceased. Fidalma Del Genovese, Appellant, v. Frances Del Genovese, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

In the Matter of the Petition for a Discovery of the Property Withheld from Frank V. Kelly, Public Administrator of Kings County, as Administrator, etc., of Margaret Kable, etc., Deceased, Respondent. Catherine Harman, Appellant.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Florence B. Mead and Others, as Executors, etc., of William E. Adamson, also Known as William E. Ward, Deceased. Florence B. Mead, Individually and as Executrix, and Others, as Executors, etc., Appellants, Respondents; William E. Hallock and Another, Respondents, Appellants.— Decree of the Surrogate's Court of Kings county affirmed, with costs payable out of the estate. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Voluntary Dissolution of the People's Surety Company of New York. In the Matter of the Petition of Maria A. Koch and Others, as Executors, etc., Appellants, Respondents, for the Surrender of Collateral Security; Frank Hasbrouck and Another, as Receivers, etc., Respondents, Appellants.— Order modified by striking out the provision for the payment of the premium claimed to be due September 14, 1914, and as modified affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Barnet Manne and Max Weiss, Respondents, v. Havemeyer Theatre Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

William Shalala, Appellant, v. Haddock Mining Company, Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

William Shalala, Appellant, v. Haddock Mining Company and Plymouth Coal Company, Respondents. (Appeal No. 2.) — Order affirmed, with ten